E-filed: February 18, 2010

Gregory A. Brower (Nevada Bar No. 5232)
Patrick G. Byrne (Nevada Bar No. 7636)
Justin L. Carley (Nevada Bar No. 9994)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: gbrower@swlaw.com
       pbyrne@swlaw.com
       jcarley@swlaw.com
       cdossier@swlaw.com

Marc E. Kasowitz, Esq.
Andrew K. Glenn, Esq.
Trevor J. Welch, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: MKasowitz@kasowitz.com
       AGlenn@kasowitz.com
       TWelch@kasowitz.com
*Pro Hac Vice Pending*

*Attorneys for GCR Gaming, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GV RANCH STATION, INC.,<br><br>Debtor. | Case No. 10-50381-gwz<br><br>Chapter 11<br><br>**EX PARTE APPLICATION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e) RE MOTION (1) TO DISMISS CHAPTER 11 CASE, OR, IN THE ALTERNATIVE, (2) TO COMPEL REJECTION OF OPERATING AGREEMENT OR (3) FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE APPLICABLE NON-BANKRUPTCY RIGHTS** |

**TO THE HONORABLE GREGG W. ZIVE:**

Pursuant to LR 9014(e)(1), GCR Gaming, LLC ("GCR"), by and through its attorneys SNELL & WILMER L.L.P. and KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, hereby submit its *Ex Parte Application to Exceed Page Limit Pursuant to Local Rule 9014(e)* (the "Application") regarding *GCR Gaming's Motion (1) to Dismiss Chapter 11 Case or, in the Alternative, (2) to Compel Rejection of Operating Agreement, or (3) for Relief from the Automatic Stay to Exercise Applicable Non-Bankruptcy Rights* (the "Motion"), because the Motion exceeds the twenty (20) page limit for pleadings. In support of the Application, GCR respectfully represents as follows:

11209184.3

1.  On February 10, 2010, GVR Ranch Station, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court (the "GVR Chapter 11 Case"). [GVR Station Docket No. 1]. The Debtor's Chapter 11 petition lists only three creditors -- all of which are Station Casinos, Inc. ("Station Casinos") affiliates -- with unspecified amounts. [GVR Station Docket No. 3].

2.  Previously, on July 28, 2009, Station Casinos and 17 of its affiliates filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Main Station Debtors"). [Main Station Case Docket No. 1]. The Main Station Debtors' cases are currently being jointly administered pursuant to a joint administration order dated July 30, 2009 [Main Station Case Docket No. 7] under main case number 09-52477 in the United States Bankruptcy Court for the District of Nevada (the "Main Station Case").

3.  The GVR Chapter 11 Case is currently not being jointly administered with the Main Station Case and no pleadings have been filed in the GVR Chapter 11 Case.

4.  The Motion seeks relief based on GCR's allegations that Debtor flagrantly and continuously breached its contractual and fiduciary duties to its joint venture partner, GCR, as manager of the Green Valley Ranch Las Vegas luxury resort and casino in Henderson, Nevada (the "Green Valley Ranch"), and improperly attempted to forestall the consequences of its wrongdoing through the bad-faith filing of its Chapter 11 petition in this Court.

5.  GCR and the Debtor each own a 50% equity interest in Green Valley Ranch Gaming, LLC ("GVR LLC"), which owns the Green Valley Ranch resort and casino. GCR's and the Debtor's rights and obligations in connection with GVR LLC are embodied in that certain Operating Agreement, by and among GCR, Debtor, and GVR LLC, dated March 10, 2000 (the "Operating Agreement").

6.  GCR is seeking through its Motion to dismiss the GVR Chapter 11 Case, or, in the alternative, to compel rejection of the Operating Agreement, or relief from the automatic stay to exercise certain of its rights under non-bankruptcy law.

7.  While GCR could have pursued these three requests for relief through the filing of three separate motions that were twenty pages or less, the supporting facts and arguments for each

11209184.3

are highly overlapping and interrelated. As a result, the Motion is currently approximately 26 pages, and GCR has included a Table of Contents and Table of Authorities in the Motion. GCR respectfully submits that it is in the best interests of all parties that the Court reviews GCR's arguments together in one comprehensive and unified Motion, rather than review them in three separate yet highly similar and likely repetitive motions.

WHEREFORE GCR respectfully requests that the Court enter an order, substantially in the form as the proposed order attached hereto as Exhibit "A", granting GCR leave pursuant to Local Rule 9014(e) to file the Motion in excess of the normal page limits, without an index, and granting such other and further relief as is just and proper.

DATED this 18th day of February, 2010.

SNELL & WILMER L.L.P.

By: _____
Gregory A. Brower (Nevada Bar No. 5232)
Patrick G. Byrne (Nevada Bar No. 7636)
Justin L. Carley (Nevada Bar No. 9994)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Marc E. Kasowitz, Esq.
Andrew K. Glenn, Esq.
Trevor J. Welch, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
*Pro Hac Vice Pending*

*Attorneys for GCR Gaming, LLC*

11209184.3

- 3 -

# EXHIBIT A

# EXHIBIT A

Gregory A. Brower (Nevada Bar No. 5232)
Patrick G. Byrne (Nevada Bar No. 7636)
Justin L. Carley (Nevada Bar No. 9994)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: gbrower@swlaw.com
       pbyrne@swlaw.com
       jcarley@swlaw.com
       cdossier@swlaw.com

Marc E. Kasowitz, Esq.
Andrew K. Glenn, Esq.
Trevor J. Welch, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: MKasowitz@kasowitz.com
       AGlenn@kasowitz.com
       TWelch@kasowitz.com
*Pro Hac Vice Pending*

*Attorneys for GCR Gaming, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GV RANCH STATION, INC.,<br><br>Debtor. | Case No. 10-50381-gwz<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e) RE MOTION (1) TO DISMISS CHAPTER 11 CASE, OR, IN THE ALTERNATIVE, (2) TO COMPEL REJECTION OF OPERATING AGREEMENT OR (3) FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE APPLICABLE NON-BANKRUPTCY RIGHTS** |

GCR Gaming, LLC ("GCR"), by and through its attorneys SNELL & WILMER L.L.P. and KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, filed its *Ex Parte Application to Exceed Page Limited Pursuant to Local Rule 9014(e)* ("Application") requesting leave of Court to

11209203.2

file *GCR's Motion (1) to Dismiss Chapter 11 Case or, in the Alternative, (2) to Compel Rejection of Operating Agreement, or (3) for Relief from the Automatic Stay to Exercise Applicable Non-Bankruptcy Rights* ("Motion") in excess of the twenty (20) page limit for pleadings pursuant to Local Rule 9014(e). The Court, having reviewed and considered the Application, and with good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Application is GRANTED,

**IT IS FURTHER ORDERED** that GCR may file its Motion in excess of the page limits in Local Rule 9014(e) without an index; provided, however, that the Motion otherwise complies with the Court's local rules of practice and procedure.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

SNELL & WILMER L.L.P.


By: _____
    Gregory A. Brower (Nevada Bar No. 5232)
    Patrick G. Byrne (Nevada Bar No. 7636)
    Justin L. Carley (Nevada Bar No. 9994)
    Claire Y. Dossier (Nevada Bar No. 10030)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252

    Marc E. Kasowitz, Esq.
    Andrew K. Glenn, Esq.
    Trevor J. Welch, Esq.
    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    1633 Broadway
    New York, NY 6-1700
    Facsimile: (212) 506-1800
    *Pro Hac Vice Pending*

    *Attorneys for GCR Gaming, LLC*

###

11209203.2